UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00400

———

**Benjamin Miller,**
*Plaintiff,*

v.

**Sammual Wallace et al.,**
*Defendants.*

———

# ORDER

Plaintiff, an inmate proceeding pro se and in forma pauperis, brought this civil-rights suit alleging violations of his constitutional rights. Doc. 12. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's lawsuit with prejudice as frivolous. Doc. 24 at 4. The report explained that plaintiff's allegations that he was "brainwashed" and that defendants tried to force him "to see" himself as "a gluten, homosexual," as well as the attachments to his complaint, show that his complaint lacks an arguable basis in law or fact. *Id.* at 3–4. Plaintiff timely filed written objections. Doc. 26.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). "Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994). When the objections are improper, "the court need only satisfy itself that there is no clear

- 1 -

error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Plaintiff identifies no error in the report. In his objections, he swears repeatedly and makes sarcastic remarks about the report's characterization of his claims as irrational. *See generally* Doc. 26. Plaintiff also raises incoherent arguments about his past, his conviction, and his "fight for people in the human trafficking industry." *Id.* Nowhere does he engage with the report's reasoning or identify the specific findings he objects to. Plaintiff's objections are improper and are overruled.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on March 5, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -